IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR. COMPLAINT NO: 2:11 MJ 0223 GGH |
| FELIPE SOLIS | ) | |

AMENDED SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint Affidavit in the above captioned case is hereby SEALED pending further order of Court. This shall not prevent the government from allowing defense counsel limited reasonable access to the affidavit as part of the discovery process.

DATED: March 1, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE