```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CASE NO.  2:12-cr-0079 MCE
                                  )
12                 Plaintiff,     )
                                  )   STIPULATION AND ORDER
13  v.                            )   CONCERNING DISCOVERY MATERIAL
                                  )
14  FELIPE SOLIS,                 )
                                  )
15                 Defendant.     )
                                  )
16  _____)
17
```

18    The government is preparing to distribute discovery in the above
19 captioned case.  The bulk of the discovery, including the complaint
20 affidavit currently under seal[1], contains witness statements, in one
21 form or another, of persons who are in custody.  If the discovery
22 material were to be circulated in the institution where those persons
23 are housed, it would put them at risk of being injured, or at least
24 threatened to be injured, by other inmates at those institutions.

---

[1] The sealing order allows government counsel to give access to the complaint and complaint affidavit to defense counsel as part of the discovery process.  The defense has not seen a copy of the affidavit as of the time of this Stipulation.

1

Counsel for the defendant, Jeffrey Staniels, Esq., concurs with this belief.  Mr. Staniels and counsel for the government have had discussions about this issue and have agreed that if the discovery containing the statements is provided, the defense will not allow the defendant (who is in pretrial detention) or any other persons, besides investigators of the Federal Defender's Office, to have copies or access to the discovery.  Further the investigators shall not allow the material, or copies thereof, to be given to any other person.  Finally, this agreement should be put into a protective order so that it would bind not only Mr. Staniels and his investigators, but any other counsel that represents the defendant in the future (whether substituted in the present criminal case, or on appeal, or in collateral attack of any conviction).  Therefore, it is requested that the Court enter the attached protective order in this case.

Dated: March 22, 2012

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      __/s/Richard J. Bender_____
                                      By: RICHARD J. BENDER
                                          Asst. U.S. Attorney

Dated: March 22, 2012

                                      /s/ Jeffrey L. Staniels (by RJB)
                                         JEFFREY L. STANIELS
                                        Asst. Federal Defender
                                    Attorney for Mr. Solis-Sanchez

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                   IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  2:12-cr-0079 MCE
                                 )
12                  Plaintiff,   )
                                 )  ORDER CONCERNING DISCOVERY
13  v.                           )  MATERIAL
                                 )
14  FELIPE SOLIS,                )
                                 )
15                  Defendant.   )
                                 )
16  _____ )

17

18      Upon application of the government and with agreement of counsel

19  for the defense, it is hereby ORDERED that:

20      1.  All discovery provided by the government to the defense in

21  this case, including the complaint affidavit presently under seal,

22  shall be kept confidential by the attorneys for the defense and their

23  investigators.  The materials shall not be shown or given to other

24  persons without the written agreement of counsel for the government

25  or further order of court.

26      2.  Notwithstanding the above, the discovery can be shown by

27  defense counsel or their investigators to the defendant for his

28  review in their presence.
```

But the defendant shall not be given the material, or copies of the material, to retain.

    3. Should defense counsel or defense investigators desire to interview the in-custody witnesses, arrangements to conduct the interviews will be made through government counsel and reasonable steps will be taken to protect the disclosure of the inmates witness status to other inmates at the institution.

    4. This protective order shall apply to present defense counsel and investigators and to any subsequent defense counsel and investigators. Before any new counsel shall be given the discovery material, new counsel shall be required to sign a copy of this order, acknowledging and agreeing to its provisions.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE