```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  FELIPE SOLIS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,   ) Case No. 2:12-cr-00079-MCE
12                             )
               Plaintiff,      ) **AMENDED** STIPULATION AND ORDER
13                             ) CONTINUING CASE
       v.                      )
14                             ) Date: March 22, 2012
   FELIPE SOLIS,               ) Time: 9:00 a.m.
15                             ) Judge: Morrison C. England, Jr.
               Defendant.      )
16                             )
   _____ )
17

18     IT IS HEREBY STIPULATED by and between the United States of
19  America through Richard Bender, Assistant United States Attorney,
20  and FELIPE SOLIS, by and through his counsel, Jeffrey L. Staniels,
21  Assistant Federal Defender, that the status conference in the above
22  captioned case now set for March 22, 2012, be vacated and re-
23  calendared for May 3, 2012, at 9:00 a.m.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1    This continuance is jointly agreed to in light of the very recent appointment of the Office of the Federal Defender on March 19, 2012, and the representation by Mr. Bender that "voluminous" discovery, which he has agreed to provide by the end of this week subject to initial constraints already agreed to by undersigned counsel, needs to be assembled and made available. Informal discussion makes clear that an opportunity to review discovery and confer with the defendant is necessary in order to obtain a grasp of the nature of the case and to evaluate what investigation, possible motions, and other defense preparation is necessary. Mr. Bender has also advised that events took place in at least three widely separated federal districts, a potential complicating factor of as yet undetermined impact on defense preparation.

IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, from March 22, 2012 through May 3, 2012, and that for the reasons stated, granting this continuance outweighs the interests of the public and the defendant in a Speedy Trial.

IT IS SO STIPULATED.

Dated: March 20, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
FELIPE SOLIS

///

///

Dated: March 20, 2012

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Richard Bender
                                        Richard Bender
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**O R D E R**

The foregoing stipulation of counsel is accepted. The status conference currently set for March 22, 2012 is hereby VACATED. This matter is ordered te be calendared for status conference on May 3, 2012, at 9:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The court finds that the reasons stated constitute good cause for the continuance and that the need therefor outweighs the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Solis Stip & Order         -3-